United States Probation Office
for the District of Utah

## Report on Offender Under Supervision

Name of Offender: **Ruben Uribe**　　　　　　　　Docket Number: **2:10-CR-00271-001-DB**

Name of Sentencing Judicial Officer:　**Honorable Dee Benson**
　　　　　　　　　　　　　　　　　　　**U.S. District Judge**

Date of Original Sentence: **March 6, 2012**

Original Offense:　**Aiding and Abetting in the Filing of a False Tax Return**

Original Sentence:　**12 Months and 1 Day/12 Months Supervised Release**

Type of Supervision:　**Supervised Release**　　　　Supervision Began: **March 13, 2013**

### SUPERVISION SUMMARY

On March 6, 2012, Your Honor sentenced Mr. Uribe to a period of incarceration for his involvement in the preparation of several false tax returns under the auspice of his accounting business. The defendant commenced supervised release in March 2013, and has remained compliant with his conditions since that time. He is gainfully employed and living with his wife and children in American Fork, Utah. He is no longer employed in the tax preparation business.

Mr. Uribe is requesting to travel to Jalisco, Mexico, to visit his ailing mother, Guadalupe Lopez. He would like to visit Mexico from May 30, 2013 until June 20, 2013. The defendant will be traveling with his brothers in their personal vehicle. The defendant does not owe restitution and his wife and children will remain in the United States during his absence. Mr. Uribe does not appear to be a flight risk. Therefore the probation office is in support of the defendant being allowed to travel to Mexico to visit his mother.

If the Court desires more information or another course of action, please contact me at (801) 535-2766.

I declare under penalty of perjury that the foregoing is true and correct.

Jennifer D. Johnson
U.S. Probation Officer
Date: May 20, 2013

**THE COURT:**
[✓] Approves the request noted above
[ ] Denies the request noted above
[ ] Other

Honorable Dee Benson
U.S. District Judge

Date: _____